**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
Marianne Afifi... (see additional plaintiffs on attached sheet "A")

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
CAMBRIA COMMUNITY SERVICES DISTRICT; COUNTY OF SAN LUIS OBISPO

**(b)** County of Residence of First Listed Plaintiff   LOS ANGELES, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.
Craig Collins (SB# 151582)
BLUM COLLINS, LLP
707 Wilshire Boulevard, Suite 4880, Los Angeles, CA 90017-3501, Tel: 213-572-0405

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Deprivation of civil rights under 42 USC Section 1983 and Fifth Amendment to U.S Constitution

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | **SOCIAL SECURITY** |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 861 HIA (1395ff) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 862 Black Lung (923) |
| ☐ 480 Consumer Credit | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 485 Telephone Consumer Protection Act | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 896 Arbitration | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? [ ] Yes [X] No | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| If "no, " skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? [ ] Yes [X] No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➜ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [ ] NO.  Continue to Question B.2. |
| If "no, " skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.) *check one of the boxes to the right* ➜ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? [ ] Yes [X] No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➜ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [ ] NO.  Continue to Question C.2. |
| If "no, " skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.) *check one of the boxes to the right* ➜ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| **D.1.  Is there at least one answer in Column A?** [ ] Yes [X] No | **D.2.  Is there at least one answer in Column B?** [ ] Yes [X] No |
|---|---|
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question E,  below, and continue from there. If "no," go to question D2 to the right. ➜ | If "yes," your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question E,  below. If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ↓ |

| **QUESTION E: Initial Division?** | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➜ | WESTERN ▼ |

| **QUESTION F: Northern Counties?** | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [X] Yes  [ ] No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?      ☒ NO      ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☐ NO      ☒ YES

If yes, list case number(s):      2:19-CV-06325-DSF-JEM _____

**Civil cases** are related when they (check all that apply):

☒   A.  Arise from the same or a closely related transaction, happening, or event;

☒   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☒   C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   /S/Craig Collins _____   DATE:   6-23-2021 _____

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

## ATTACHMENT A TO CIVIL COVER SHEET

… AND ABDELMONEM A. AFIFI, AS TRUSTEES OF THE AFIFI FAMILY TRUST; JOYCE GYRENIA WILKINS ALEXANDER, AS TRUSTEE OF THE ALEXANDER FAMILY TRUST; WILLIAM BARTEK; DONNE BERNABE; JAMES E. BERNASCONI; DON JEAN BONNET, AS TRUSTEE OF DON JEAN BONNET FAMILY TRUST; JEFFREY BORGES, AS TRUSTEE OF THE BORGES FAMILY TRUST; JEFFREY BORGES AND MICHELE BORGES; W BROWDER AND LEANNA BROWDER; JOSEPH BROWN AND CATHY BROWN, AS TRUSTEES OF THE JOSEPH AND CATHY BROWN FAMILY TRUST; ROY BRUDER, AS TRUSTEE OF THE ROY BRUDER 2002 TRUST; JOHN CAMBIANICA AND CAROL CAMBIANICA, AS TRUSTEES OF THE CAMBIANICA TRUST; BRUCE THOMAS CAMPBELL, AS TRUSTEE OF THE JAMES L. AND RUTH W. CAMPBELL LIVING TRUST; JOSEPH CARAMICO; MARGO ANN CARIGNAN, AS TRUSTEE OF MARGO ANN CARIGNAN REVOCABLE TRUST; ADOLFO CASTILLO AND ISAAC CASTILLO; ELLEN A. CHAO, AS TRUSTEE OF THE LANCE L. CHAO AND ELLEN A. CHAO REVOCABLE TRUST; KENNETH CHRISTIANSEN AND MEAGAN CHRISTIANSEN; MARK COLON; ADRIAN R. COOKS AND STEPHANIE N. COOKS, AS TRUSTEES OF THE ADRIAN R. COOKS AND STEPHANIE N. COOKS REVOCABLE TRUST; DONNA CARDOZA-COSTA, AS TRUSTEE OF THE COSTA FAMILY TRUST; DONALD CRAIGHEAD, AS TRUSTEE OF THE DONALD CRAIGHEAD IRREVOCABLE FAMILY TRUST; ROBERT M. HEATER AND CYNTHIA A. CRENSHAW, AS TRUSTEES OF THE HEATER-CRENSHAW 2020 REVOCABLE TRUST; VIRGINIA CROSBY; BEVERLY JEAN DAVIES, AS TRUSTEE OF THE DAVIES TRUST; ARTHUR FALCONER AND BARBARA K. FALCONER, AS TRUSTEES OF THE FALCONER FAMILY REVOCABLE TRUST; NORMAN FARGO; BRUCE FOSTER AND LISA FOSTER; STEVEN FRANK AND JACQUELYN FRANK, AS TRUSTEES OF THE FRANK REVOCABLE TRUST; BONNIE GARNER; ISIDRO GODINEZ; BERNIE GONZALES; JOHN GOODELL; PHILIP GRAY; ALAN GRIMSHAW; CYNTHIA HARCARIK AND JOHN CHARLES MILLER; HAL HAVLISCH; RENA HAYAMI; KIMBERLY HAYS; KINGSLEY HINES AND CAMILLE W. HINES, AS TRUSTEES OF THE KINGSLEY HINES AND CAMILLE W. HINES FAMILY TRUST; WILMA HOMSY, AS TRUSTEE OF THE HOMSY FAMILY REVOCABLE LIVING TRUST;  PETER R. HOPKINSON; DOUGLAS DONALD HUNDELT AND CRISTINA ISABEL HUNDELT, AS TRUSTEES OF THE HUNDELT FAMILY TRUST; JONI JAMES; MARCIA JANICH, CURTIS BROWNELL, AND MARILYN BEYER; DAVID M. JOHNSON AND LINDA J. JOHNSON, AS TRUSTEES OF THE JOHNSON FAMILY TRUST; VERNER H. JOHNSON JR., AS TRUSTEE OF THE JOE AND RUTH LA MOTTE 1978 EXEMPTION TRUST; JUDITH FAYE KIMURA AND MASAYUKI KIMURA, AS TRUSTEES OF THE KIMURA FAMILY TRUST; LISA LANGERE, AS TRUSTEE OF THE LISA LANGERE TRUST; PATRICIA LEKO, AS TRUSTEE OF THE HELEN M. KILGORE TRUST; TIMOTHY LONG; PETER J. LUNA; STEFAN LYSENKO AND SOPHIE LYSENKO; THOMAS MACKINNON AND ELIZABETH MACKINNON; MARTIN K. MACLEAN; KIM ILENE MCDANIEL; JOHN B. MCMANUS; BOB MERZOIAN AND ROSEMARY MERZOIAN; BARBARA MUSKAT, AS TRUSTEE OF THE BARBARA MUSKAT SEPARATE PROPERTY TRUST; CORNELIUS KEMPENAAR AND LAURIE E. KEMPENAAR, AS TRUSTEES OF THE KEMPENAAR FAMILY TRUST; EVERT KEMPENAAR AND VIKI KEMPENAAR, AS TRUSTEES OF THE KEMPENAAR REVOCABLE

1

## ATTACHMENT A TO CIVIL COVER SHEET - CONTINUED

LIVING TRUST; TIMOTHY S. THOMAS AND MARGARETHA C. H. THOMAS, AS TRUSTEES OF THE THOMAS FAMILY TRUST; REGINA A. NEUMAN, AS TRUSTEE OF THE ARN TRUST OF 2002; LEONARD NICHOLS; KENNETH A. NOONAN AND COLLEEN B. NOONAN, AS TRUSTEES OF THE KENNETH A. NOONAN AND COLLEEN B. NOONAN 1999 TRUST; CHRISTOPHER NOSSAMAN AND JENNIFER NOSSAMAN; ANITA I. ORTEGA; DANIEL OWEN AND KELLEY OWEN; TIMOTHY PATTERSON AND LINDA PATTERSON; LORETTA PAULSON; CHARLES PINKLEY AND NORMA PINKLEY; GEORGE MERLE PLYLEY, AS TRUSTEE OF THE GEORGE MERLE PLYLEY AND BARBARA HOPE PLYLEY 2004 REVOCABLE TRUST; BRUCE POLLOCK AND KATHERINE POLLOCK; CLYDE A. PRICKETT, AS TRUSTEE OF THE CLYDE A. PRICKETT FAMILY TRUST; TIMOTHY J. REDING AND CAROL J. REDING, AS TRUSTEES OF THE TIMOTHY J. REDING AND CAROL IGERCICH-REDING 2017 TRUST; AMY M. REESE, AS TRUSTEE OF THE AMY M. REESE TRUST, 2000; WILLIAM W. ROBB, AS TRUSTEE OF THE DANUTA H. AND WILLIAM W. ROBB DECLARATION OF TRUST; MICHAEL ROST AND KEIKO ROST; STEVEN RUARK; JEFFERY J. SALE; PAUL R. SCHANGE AND VIRGINIA S. SCHANGE, AS TRUSTEES OF THE SCHANGE FAMILY TRUST; FRANK M. SERVEDIO AND NADINE M. HAYNES-SERVEDIO, AS TRUSTEES OF THE FRANK M. SERVEDIO FAMILY TRUST; HAROLD SPEEGLE; STEVEN STRACHAN, AS TRUSTEE OF THE STRACHAN 2016 TRUST; MORRIS SUSOEFF; JOHN D. TILLMAN AND CAROL J. TILLMAN; JOSEPH USCHMANN; KAREN WALDOW; JERRY WIGGINS; IRMA L. WISENER, AS TRUSTEE OF THE 2012 IRMA L. WISENER REVOCABLE TRUST; DM WRIGHT; JOHN YOUNG AND TERRY YOUNG

**-END-**